UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG 29 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:18CR726 ERW/NCC |
| v. ) | |
| ) | |
| ASHLEY SARACINO, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury Charges:

### COUNT 1

(Fraudulently Effecting Transactions)

Between on or about January 18, 2016 and continuing to on or about July 26, 2016, in the Eastern District of Missouri, the defendant,

**ASHLEY SARACINO,**

in a matter affecting interstate commerce, knowingly and with intent to defraud used an access device issued to her employer in order to effect transactions with an aggregate value of more than $1,000.00.

In violation of Title 18, United States Code, Section 1029(a)(5).

### COUNT 2

(Fraudulently Effecting Transactions)

Between on or about August 26, 2016 and continuing to on or about March 7, 2017, in the Eastern District of Missouri, the defendant,

**ASHLEY SARACINO,**

in a matter affecting interstate commerce, knowingly and with intent to defraud used an access device issued to her employer in order to effect transactions with an aggregate value of more than $1,000.00.

In violation of Title 18, United States Code, Section 1029(a)(5).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
TRACY LYNN BERRY - 014753 TN
Assistant United States Attorney